

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00297-CV

Hetul **BHAKTA** DBA Budget Inn,
Appellant

v.

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Hetul Bhakta. TEX. R. APP. P. 43.4.

SIGNED April 20, 2016.

_____
Jason Pulliam, Justice